**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BILLY RILEY and JOYCE RILEY                                                                 PLAINTIFFS

v.                                          No. 4:05CV00729 JLH

TARGET CORPORATION                                                                          DEFENDANT

**JUDGMENT**

This matter came on for trial beginning on January 22, 2007. Billy Riley and Joyce Riley appeared in person and through their attorney, J. Lamar Porter. Target Corporation appeared through its corporate representative, Rita Kimes, and its attorney, Kyle R. Wilson. All parties announced ready for trial. A jury of twelve was duly selected and sworn.

At the conclusion of all of the evidence, on January 23, 2007, the jury returned the following verdict:

1. Do you find from a preponderance of the evidence that there was negligence on the part of Target Corporation that was a proximate cause of any damages to Plaintiffs?

    _____NO_____          _/s/ Jason Donoho_
    ("Yes" or "No")       FOREPERSON
                          DATED:  _1-23-07_

    *NOTE: If you answer this question "no," stop. If you answer this question "yes," you must answer Question 2.*

Therefore, judgment is hereby entered in favor of the defendant Target Corporation against the plaintiffs Billy Riley and Joyce Riley on all claims. Plaintiffs' complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 24th day of January, 2007.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE